Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Robichaux
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GINA MARIE VANELLI,<br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | 3:18-cv-00456-SI<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

After considering Plaintiff's Unopposed Motion, Plaintiff's Motion is hereby granted as follows: Merrill Schneider is allowed an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $20,433.00.

Any funds withheld by the Commissioner in anticipation of an order under Section 406(b), less an administrative assessment pursuant to 42 US.C. 406(d), may be paid to Schneider, Kerr & Robichaux, PO Box 14490, Portland, OR 97293, consistent with this order.

Dated this  5th  day of  January , 2021.

                                                   /s/ *Michael H. Simon*
                                                   Michael H. Simon
                                                   United States District Court Judge